NORTHLINE DRUGS #2, INC., *v.* LIQUOR
CONTROL COMMISSION.

1. MANDAMUS—SPECIALLY DESIGNATED MERCHANT'S LICENSE TO SELL
   WINE AND BEER.
   Petition for mandamus to compel issuance of specially designated
   merchant's license for sale of wine and beer is dismissed, where
   decision of Supreme Court shortly before oral argument of
   case is recognized by the attorney general as controlling and
   license has now been issued.

2. COSTS—MANDAMUS—SPECIALLY DESIGNATED MERCHANT'S LICENSE
   .TO SELL WINE AND BEER.
   No costs are allowed in mandamus proceeding to compel issuance
   of license to plaintiff to sell wine and beer as a specially
   designated merchant on dismissal of petition.

Original mandamus by Northline Drugs #2, Inc.,
a Michigan corporation, against Michigan Liquor
Control Commission and its members to compel
issuance of specially designated merchant's license
for sale of wine and beer. Submitted June 5, 1962.
(Calendar No. 49,613.) On subsequent granting of
license, petition for mandamus dismissed September
10, 1962.

*Philip Weiss* and *Jesse R. Bacalis,* for plaintiff.

*Frank J. Kelley,* Attorney General, *Eugene
Krasicky,* Solicitor General, and *Thomas H. Healy,*

REFERENCES FOR POINTS IN HEADNOTES
[1] 34 Am Jur, Mandamus § 184 *et seq.*
[2] 34 Am Jur, Mandamus § 393.

*Jr.,* Assistant Attorney General, for defendant.

*Amicus Curiae:*

*Stanton, Taylor, McGraw & Collison (John W. McGraw,* of counsel), for Otto Taylor Construction Company.

Per Curiam. In the month preceding oral argument of this case, this Court decided *Kroger Co.* v. *Liquor Control Commission,* 366 Mich 481. In recognition of the controlling applicability of the *Kroger Case,* the attorney general advised the defendants Liquor Control Commission and its members that a license should be issued to the plaintiff. On July 2, 1962, the commission entered an order approving plaintiff's application and on July 9, 1962, a license was accordingly issued.

Petition for writ of mandamus is dismissed. No costs.

Carr, C. J., and Dethmers, Kelly, Black, Kavanagh, Souris, Otis M. Smith, and Adams, JJ., concurred.